UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARA E. TINKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV1286 TIA |
| ) | |
| ACUITY, A MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Bill of Taxable Costs (Doc. No. 95). The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(b).

On March 6, 2013, a jury returned a verdict in favor of Defendant. This Court issued judgment for Defendant and against Plaintiff on March 11, 2013. Defendant then filed a Bill of Taxable Costs with evidence of said costs attached on March 27, 2013. Plaintiff objected to certain costs contained in the motion, including costs of Plaintiff's depositions, costs for certain copies, and costs for the service of subpoenas. Defendant did not file a reply, and the time for doing so has expired.

Upon further review of the motion, however, the undersigned notes that Defendant did not submit the proper form as required by this Court. Under Local Rule for the United States District Court for the Eastern District of Missouri 8.03, "[a] party seeking an award of costs shall file a verified bill of costs, **in the form prescribed by the Clerk**, no later than twenty-one (21) days after entry of final judgment pursuant to Fed. R. Civ. P. 58." While the Court finds that the motion was timely filed, the Defendant failed to submit the bill of costs on the form prescribed by the Clerk. The

appropriate form is AO-0133 and is available on the Court's website, www.moed.uscourts.gov, under "Forms." The Court will defer ruling on the motion and objections until it receives a proper submission of the Bill of Costs from the Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant, Acuity Mutual Insurance Company, shall file a Bill of Costs pursuant to E.D. Mo. L.R. 8.03 and form AO-0133 no later than June 17, 2013.

           /s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated   10th   day of June, 2013.